1014

[No. 5922–1. Division One. November 6, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. DELMO
DEAN JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 81731, Norman W. Quinn, J., entered August
25, 1977. *Affirmed* by unpublished opinion per Andersen,
A.C.J., concurred in by Williams and Dore, JJ.

[No. 5925–1. Division One. November 6, 1978.]

CHEMSTOP SALES CORPORATION, *Respondent*, v. LARRY
PAVEY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 813463, Francis E. Holman, J., entered August
29, 1977. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Farris, C.J., and James, J.

[No. 3592–2. Division Two. November 7, 1978.]

MARGARET COUGHLIN, *Appellant*, v. THE CITY OF
SEATTLE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 835292, James J. Dore, J., entered January 20,
1978. *Affirmed* by unpublished opinion per Pearson, C.J.,
concurred in by Petrie and Soule, JJ.

[No. 2481–3. Division Three. November 7, 1978.]

DOROTHY B. ENGMAN, *Appellant*, v. WILLIAM A.
NERUD, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 232880, George T. Shields, J., entered
June 15, 1977. *Affirmed* by unpublished opinion per
McInturff, J., concurred in by Green and Roe, JJ.